# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/  Gregory T. Murphy

Date | Signature

Print Name | Bar Number

Address

City | State | Zip Code

Phone Number | Fax Number

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Artemio Altamirano-Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARTEMIO ALTAMIRANO-RUIZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08MJ2464 <br><br><br> **CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    August 13, 2008                /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Artemio Altamirano-Ruiz